# United States Court of Appeals for the Sixth Circuit

## Argument Acknowledgment

1. Sixth Circuit Case No(s): 25-1965; 25-1969, 25-1978, 25-1982

2. Case Caption (Short Title): Lopez-Campos v. Raycraft (LEAD)

3. Argument is scheduled for *(time)* 9 am on *(day, date)* March 18, 2026 and will be held:

   [✓] Live (In Person)          [ ] by Video          [ ] by Telephone

4. I, Benjamin Hayes , will be presenting argument on behalf of:

   [ ] Appellant / Petitioner      [ ] Amicus Curiae      [✓] Other (please specify below):

   [ ] Appellee / Respondent      [ ] Intervenor          Appellants/Respondents

   If you are substituting for an attorney who had previously filed an argument acknowledgment, please indicate the name of the attorney: _____

5. Party Name(s):

   All Appellants-Respondents

6. Minutes reserved for rebuttal (appellant / petitioner only): 3 (in whole minutes only)

7. If you are sharing time with one or more attorneys, please address the following:

   A. Number of attorneys sharing time: _____
   B. Total number of minutes (in whole minutes only) to be shared: _____
   C. Your arguing sequence (e.g., 1st, 2nd, etc.): _____
   D. Your assigned minutes (in whole minutes only): _____

   **If you have not previously registered as an ECF filer and filed an appearance form in this case, you must do both.**

   Docketing Instructions:
   Event Category: **Argument**; Event: **Argument Acknowledgment**

---

**CERTIFICATE OF SERVICE**

I hereby certify that on the date of this filing, all parties or their counsel of record have been electronically served via the court's CM/ECF system.

---

*Updated 4/3/24*